# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2011
LT Case No. 2022-CA-000344-A

_____

JAMES EARLEY,

    Appellant,

    v.

STATE of FLORIDA and
DEPARTMENT of CORRECTIONS,

    Appellees.

_____

On appeal from the Circuit Court for Sumter County.
Jason J. Nimeth, Judge.

James Earley, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellees.

October 10, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS C.J., WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____